IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHARLES CARTER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D17-0039

DEPARTMENT OF CORRECTIONS,

Appellee.

_____/

Opinion filed August 8, 2017.

An appeal from the Circuit Court for Leon County.
Terry Lewis, Judge.

Charles Carter, pro se, Appellant.

Kenneth S. Steely, General Counsel, Gayla Grant and Sheron Wells, Assistant General Counsels, Florida Department of Corrections, Tallahassee; Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and LEWIS and ROWE, JJ., CONCUR.